UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. **01 C 4926** |
| v. ) | Magistrate Judge |
| BERNIECE H. HUTTON, ) | **MAGISTRATE GENERAL** |
| Defendant. ) | **MAGISTRATE JUDGE BROWN** |

FILED JUN 2 7 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED JUN 2 8 2001

## COMPLAINT

The United States, by Scott R. Lassar, United States Attorney for the Northern District of Illinois, brings this action against the defendant, Berniece H. Hutton and for its cause of action states:

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

2. The defendant resides within the jurisdiction of this court.

3. Pursuant to the provisions of Title IV of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071 - 1087ii, the defendant executed promissory note(s) as more fully set forth in the Certificate of Indebtedness attached hereto as Exhibit "A". A copy of the note(s) is attached hereto as Exhibit "B".

4. Although demand has been made for payment, there remains due and owing the principal sum of $3028.02, plus interest to AUGUST 20, 1998 in the sum of $3207.80 at 9.000% per annum from date of default.

WHEREFORE, plaintiff demands judgment against the defendant as follows:



a. in the amount of $7053.59; $3028.02 principal and $3207.80 interest accrued through AUGUST 20, 1998 and administrative/penalty charges of $45.00;

b. interest to continue to accrue at the rate of 9.000% per annum until the date of judgment;

c. interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. §1961 until paid in full;

d. costs of suit, including but not limited to, a filing fee of $150.00, as authorized by 28 U.S.C. § 2412(a)(2), and

e. for such other proper relief as this court may deem just.

Respectfully submitted,

SCOTT R. LASSAR
United States Attorney

By: *Ilene Goldstein*
ILENE GOLDSTEIN
Attorney for Plaintiff
425 Huehl Road
Suite 16 B
Northbrook, Il 60062
Phone No.: (847) 498-9595

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Berniece H. Hutton
AKA Berniece H. Stepler
7 Hummingbird Court
Streamwood, Il 60107-0000
SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08-20-98.

On or about 07-21-83, 07-17-84, the borrower executed promissory note(s) to secure loan(s) of $2451.00, 1,000.00, from Peoples Bank & Trust at 9.00 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 08-20-85, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3702.03 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 09-05-92, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $3,028.02 |
| Interest: | $3,207.80 |
| Administrative/Collection Costs: | $ 0.00 |
| Late Fees: | $ 45.00 |
| Total debt as of 08-20-98: | $6,280.82 |

Interest accrues on the principal shown here at the rate of $.75 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 8/31/98

Name: Sheryl Davis
Title: LOAN ANALYST
Branch: LITIGATION BRANCH

April 1998

MISSISSIPPI GUARANTY STUDENT LOAN AGENCY
Board Of Trustees Of State Institutions Of Higher Learning
3825 Ridgewood Road
P.O. Box 342
Jackson, Mississippi 39205

**64001**

GUARANTEED STUDENT LOAN PROGRAM
S.C. 1071 to 1087-2
PROMISSORY NOTE

due 11-15-85  load 134

| ANNUAL PERCENTAGE RATE | Amount Financed | Late Charge: If a payment is late, you may be charged $5.00 or 5% of the payment, whichever is less. |
|---|---|---|
| The cost of your credit as a yearly rate. During repayment | The amount of credit provided to you. | Prepayment: If you pay off early, you<br>☐ may  ☒ will not  have to pay a penalty.<br>☐ may  ☒ will not  be entitled to a refund of part of the finance charge.<br>See the promissory note for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties. |
| 9.84  9 % | $2266.16 | |

Loan Amount: $2451.00

Itemization of the Amount Financed of $2266.16
Less: Prepaid Finance Charge $184.84   Equals: Amount paid to you $2266.16
Includes:
Insurance Premium  $62.29
Origination fee  $122.55
(Five % of Loan Amount)

**MULTIPLE DISBURSEMENT SCHEDULE**

| Disbursement | Estimated Date of Disbursement | Installment Amount (A) | Prepaid Finance Charge ||| Amount Financed (A) LESS (B) & (C) |
|---|---|---|---|---|---|---|
| | | | Insurance Premium (B) | | Origination Fee (C) | |
| 1st Disbursement | 8-3-83 | $1226.00 | $33.71 | | $61.30 | $1130.99 |
| 2nd Disbursement | 1-2-84 | $1225.00 | $28.58 | | $61.25 | $1135.17 |
| 3rd Disbursement | | $ | $ | | $ | $ |

**PROMISE TO PAY**

I, Bernice H. Stepter Hutto, the borrower, promise to pay to **The Peoples Bank and Trust Co.**, Tupelo, MS 38802-0709, the lender, or to a subsequent holder of this Promissory Note, all of the principal sum of $2451.00 to the extent it is advanced to me, plus an amount equivalent to simple interest on this sum at the rate of 9 percent per year...

This Note has been assigned to First National Bank of...

[signature] 1-21-83
913 Cross St Cleveland, MS 38732

BEST COPY AVAILABLE AT TIME OF IMAGING

## STATEMENT OF STUDENT BORROWER'S RIGHTS AND RESPONSIBILITIES

**BORROWER'S RIGHTS**

1. The lender must provide me a copy of the completed Promissory Note no later than the time the loan is disbursed. The lender must return the original Promissory Note to me when I have paid the loan in full.
2. My yearly and cumulative maximum loan amounts are as follows:

| Category of Borrower | Annual Loan Limit | Aggregate Loan Limit |
|---|---|---|
| Undergraduate | $2,500 | $12,500 |
| Graduate or Professional | $5,000 | $25,000 (includes undergraduate loans) |

3. I am not permitted to provide security for this loan. If I am a minor, the lender may require an endorser to make the Promissory Note a binding obligation under Mississippi law. The lender may also require an endorser if such requirement is standard policy for all GSLP loans made by their institution.
4. Each loan check must be made payable to me. The loan check will require my endorsement, but unless I am attending a foreign school, the lender will not send the check to the school on my behalf.
5. If I have no outstanding Guaranteed Student Loan, this loan and any subsequent loans I may obtain will be at the 7 percent rate. On any loan where the applicable interest rate is 7 percent or less, I am also entitled to a 9-12 month grace period before the repayment period begins. The exact length of the grace period which is set by

---

All rights, title and interest of the undersigned is hereby assigned (without warranty), except that the note qualifies for insurance, to the Mississippi Guaranteed Student Loan Agency.

THE PEOPLES BANK & TRUST COMPANY

*Ann McMillan*

Ann McMillan
Assistant Cashier
December 4, 1985

---

DOES NOT HAVE PROVISIONS WHICH ENABLE THIS LOAN TO BE CANCELLED OR FORGIVEN IN WHOLE OR IN PART FOR TEACHING. However, this loan will be cancelled if I become totally and permanently disabled or if I die. THE GUARANTEED STUDENT LOAN PROGRAM

12. If I am temporarily unable to make payments under my repayment schedule, I may request the lender to allow any of the following:
   A. A short period during which I make no payments;
   B. An extension of time for making payments; or
   C. The making of smaller payments than were scheduled originally.
   However, the lender is not required to approve my request.
13. If the lender sells the loan or contracts with someone else to service the loan, I must be given a clear notification which spells out my obligations to the party to which my loan was sold.
14. I may request that my Guaranteed Student Loans, as well as my National Defense/Direct Student Loans and Health Education Assistance Loans be combined into one longer term loan to be made by the Student Loan Marketing Association (SLMA) if I have outstanding a total of more than $5,000 of Guaranteed Student Loans in excess of $7,500 from a single lender. I may request that SLMA consolidate them into a new loan. Additional details on how this would affect my payment schedule and interest rate are available from the Student Loan Marketing Association, 1055 Thomas Jefferson Street, N.W., Washington, D.C. 20007.
15. Default occurs when I fail to make an installment payment when due or to meet other terms of the Promissory Note under circumstances where the Mississippi Guarantee Student Loan Agency finds it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that my failure has persisted for (a) 120 days if I repay in monthly installments, or (b) 180 days if I repay in installments due less frequent than monthly. If I default, my lender will ask the Mississippi Guarantee Student Loan Agency to purchase my loan, at which time I will owe the entire balance of the loan to the Mississippi Guarantee Student Loan Agency directly. My lender or the Mississippi Guarantee Student Loan Agency may report my failure to pay my loan to a credit bureau, which may affect my credit rating. Upon request, the lender must describe any arrangements it has made with credit bureau organizations concerning student loans. If I fail to repay my loans, either the lender or the Mississippi Guarantee Student Loan Agency may institute legal action to force me to repay my loans.
16. The lender must keep on file a copy of the Federal law and regulations and Mississippi Guarantee Student Loan Agency regulations that govern the Guaranteed Student Loan Program. I have a right to examine these materials if I wish.
17. I should investigate the availability of other forms of financial aid with the school's financial aid administrator. It may be to my benefit to determine my eligibility for grant, work-study and other sources of assistance before applying for a student loan. I understand that receipt of a Guaranteed Student Loan may eliminate or reduce any awards that I may receive from other programs.

**BORROWER'S RESPONSIBILITIES**

1. I must use care in choosing a school. Each school must provide a prospective student with information about the school and its program. I will consider this information carefully before deciding to attend a specific school. I understand that the Mississippi Guarantee Student Loan Agency does not vouch for the quality of a school or its programs.
2. I understand that the lender may charge me for an insurance premium and that I will not be entitled to any refund of this amount. If the lender disburses the loan in multiple installments, I will pay this premium for each disbursement at the time that each disbursement is made.
3. I understand that the lender may charge me for an origination fee and that I will not be entitled to any refund of this amount. If the lender disburses the loan in multiple installments, I will pay this origination fee for each disbursement at the time that each disbursement is made.
4. I must repay the loan in accordance with the repayment schedule that the lender will give me.
5. I must notify the lender and the Mississippi Guarantee Student Loan Agency promptly, in writing, if any of the following events occur before the loan is repaid:
   A. My failure to enroll in school for the period for which the loan was intended;
   B. My withdrawal from school or my attendance in school on less than a half-time basis;
   C. My transfer from one school to another;
   D. My graduation from school;
   E. A change of my name (e.g. maiden name to married name);
   F. A change of my address.
6. If I qualify for a deferment of repayment, I must (a) provide the lender with written evidence of my eligibility, and (b) notify the lender as soon as the condition for which the deferment was granted no longer exists.
7. I must use the proceeds that I receive from this loan for tuition and other reasonable and authorized expenses, including room and board fees, books, supplies and equipment, laboratory expenses, transportation and commuting costs, and personal expenses incurred to attend the school named, for the period indicated on the loan application.

**CERTIFICATION**

By my signature on the reverse side (on the Promissory Note) I certify that I have read my rights and responsibilities, that I have discussed them with the lender, and that I understand them.

BEST COPY AVAILABLE AT TIME OF IMAGING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**DOCKETED JUN 28 2001**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA

County of Residence: COOK

Plaintiff's Atty: Ilene Goldstein
Attorney for Plaintiff
425 Huehl Road, Suite 16B
Northbrook, IL 60062
847-498-9595

**Defendant(s):** BERNIECE H. HUTTON
7 Hummingbird Court
Streamwood, Il 60107

County of Residence:

**01 C 4926**

Defendant's Atty: --

**MAGISTRATE GENERAL**
**MAGISTRATE JUDGE BROWN**

II. Basis of Jurisdiction:     1 U.S. Gov't Plaintiff

III. Citizenship of Principle Parties (Diversity Cases Only)
    Plaintiff:  - N/A
    Defendant: - N/A

IV: Origin:     1. Original Proceeding

V: Nature of Suit:     152 Student Loan - non VA

VI: Cause of Action:     Dept. of Education defaulted student loan pursuant to Title IV of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087-1087ii

VII: Requested in Complaint
    Class Action: No
    Dollar Demand: $7053.59
    Jury Demand: No

**FILED JUN 27 2001 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

VIII. This case **Is Not** a refiling of a previously dismissed case. (If yes case number ___ by Judge ___)

Signature: /s/ Ilene F. Goldstein
Date: 6/19/01

Revised: 03/10/99

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

UNITED STATES OF AMERICA
v.
BERNICE H. HUTTON

Case Number: **01C4926**

DOCKETED JUN 2 8 2001

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

UNITED STATES OF AMERICA, PLAINTIFF

~~MAGISTRATE GENERAL~~

~~MAGISTRATE JUDGE BROWN~~

| (A) | (B) |
|---|---|
| SIGNATURE: *Ilene F Goldstein* | SIGNATURE: *James M Joyce* |
| NAME: ILENE F GOLDSTEIN | NAME: JAMES M JOYCE |
| FIRM: Goldstein & Joyce LLC | FIRM: Goldstein & Joyce LLC |
| STREET ADDRESS: 425 Huehl Road, Suite 16 B | STREET ADDRESS: 425 Huehl Road Suite 16 B |
| CITY/STATE/ZIP: Northbrook IL 60062 | CITY/STATE/ZIP: Northbrook IL 60062 |
| TELEPHONE NUMBER: 847-498-9595 / FAX NUMBER: 847-498-0720 | TELEPHONE NUMBER: 847-498-9595 / FAX NUMBER: 847-498-0720 |
| E-MAIL ADDRESS: goldjoyce@aol.com | E-MAIL ADDRESS: jmjllc@aol.com |
| IDENTIFICATION NUMBER: 3125085 | IDENTIFICATION NUMBER: 6216313 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: **FILED** |
| NAME: | NAME: JUN 2 7 2001 |
| FIRM: | FIRM: MICHAEL W. DOBBINS |
| STREET ADDRESS: | STREET ADDRESS: CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: / FAX NUMBER: | TELEPHONE NUMBER: / FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |

P.2